UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11552-RGS

PHILLIP CARRINGTON,
Petitioner

v.

COMMONWEALTH OF MASSACHUSETTS,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

September 29, 2020

STEARNS, D.J.

I agree with Magistrate Judge Cabell's thorough and comprehensive Report, specifically: (1) that Ground one of the Petition, alleging a failure of the prosecution to present certain exculpatory evidence to the state grand jury is at best an error of state law that this court has no jurisdiction to correct; (2) that Ground two, even if deemed exhausted, is, as Magistrate Judge Cabell notes, foreclosed by *Colorado v. Connelly*, 479 Mass. 157 (1986); (3) that Ground three, alleging an abuse of discretion on the part of the trial court in admitting "prior bad acts" evidence was neither exhausted in the state court proceedings nor a cognizable issue on federal habeas review; and (4) that Ground four, the failure of the trial court to give a so-

called *Bowden* instruction was neither exhausted nor cognizable on habeas review.  Consequently, the Recommendation is <u>ADOPTED,</u> and the petition is <u>DISMISSED</u> with prejudice.[1]  Any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is <u>DENIED</u>, the court seeing no meritorious or substantial basis supporting an appeal.  The Clerk is instructed to enter the dismissal and close the case.

                    SO ORDERED.

                    <u>/s/ Richard G. Stearns          </u>
                    UNITED STATES DISTRICT JUDGE

---

[1] The Commonwealth filed an Objection to any suggestion that it had waived its exhaustion argument with respect to Ground two.  Petitioner, despite a grant of additional time to respond, did not file an objection.